# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY J. LEVI,<br><br>    Plaintiff,<br><br>v.<br><br>DANNY STRONG *et al.*,<br><br>    Defendants. | Case No.: CV 18-6156-CBM-RAO<br><br>**JUDGMENT** |

Consistent with the Order re: Motion of Defendants to Dismiss Plaintiff's Fist Amended Complaint In Its Entirety With Prejudice Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Dkt. No. 62), judgment is entered in favor of Defendants Danny Strong, Lee Daniels, Imagine Entertainment, LLC, Little Chicken, Inc., Fox Broadcasting Company, Hulu-Fox Holdings, Inc., and TV One, LLC, and against Plaintiff Timothy J. Levi.

DATED: May 14, 2019.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1